UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:18-CR-423-D
Civil No. 5:21-CV-212-D

ANDREW JONATHAN BOWLES,            )
                                   )
            Petitioner,            )
                                   )
    v.                             )      ORDER
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 10 day of May, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE